No. 84–5507.   LAVONTE v. WALTER ET AL.   Ct. App. Ore. Certiorari denied.

No. 84–5556.   CASTANEDA-CASTANEDA ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–5564.   DANO v. SZOMBATHY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 84–5568.   POWELL v. UNITED STATES; and
No. 84–5598.   POURROY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 740 F. 2d 976.

No. 84–5585.   BISHOP v. WYOMING.   Sup. Ct. Wyo.   Certiorari denied.

No. 84–5602.   RUSSELL v. WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 84–5634.   CAMPBELL v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5635.   QUEZADA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–5649.   REAGLE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–5699.   YOUNG v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5757.   OCCEAN v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 3d Cir.   Certiorari denied.

No. 84–5781.   WILSON v. YORK.   Sup. Ct. Ala.   Certiorari denied.

No. 84–5804.   JONES v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.